UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

J&J Sports Productions, Inc**.**

Plaintiff,

-against-

Victor Jose Osorio, et al,

Defendants.
-----------------------------------------------------------------

**VERIFIED ANSWER**

**Case No.: 10-civ-2957**

Defendants, individually and as an officer, director, shareholder and/or principal by their
attorneys, Joseph A. Altman, P.C. , as and/for their answer to the Plaintiff's Complaint, sets forth
and alleges the following:

1.  Denies each and every allegation contained in paragraphs of the Complaint marked,
    numbered, and designated "13", "14", "20", "22", "23", "24", "25", "29", "30", "31" and
    "32".

2.  Lacks sufficient knowledge and information to form a belief as to each and every allegation
    contained in paragraphs of the Complaint, marked, numbered and designated "1", "2", "3",
    "4", "5", "6", "7", "8", "9", "10", "11", "16", "17", "18", "19", "21", "27" and "28".

3.  Defendants hereby incorporate by reference all of the allegations contained in paragraphs 1-2 above
    mentioned, as though set forth herein at length, as to each and every allegation contained in
    paragraphs of the Complaint, marked, numbered and designated "15" and "26".

### AS AND FOR A 1ST AFFIRMATIVE DEFENSE

4.  That any claim or cause of action against these Defendants is improper, as the Plaintiff failed to
    annex the various documents and contracts to its Complaint, upon which it bases its claim and cause
    of action.

## AS AND FOR A  2ND AFFIRMATIVE DEFENSE

5. That the individual Defendants are shielded by the "Corporate Veil" of the Corporate Defendant(s).

6. That the Plaintiff has failed to state and to set forth a claim with regard to piercing the Corporate Veil.

## AS AND FOR A  3RD AFFIRMATIVE DEFENSE

7. That the Plaintiff has failed to set forth a claim or cause of action against these answering Defendants, upon which any type of relief can be granted.

## AS AND FOR A  4TH AFFIRMATIVE DEFENSE

8. That the Plaintiff, knowing and voluntarily provided the Defendant(s) with the services herein and cannot now complaint or bring suit, with the Plaintiff having waived any such claim and/or cause of action.

WHEREFORE, these answering Defendant(s) demand Judgment dismissing the within Action with costs and an assessment of reasonable legal fees against the Plaintiff re the defense of this action.

Dated: Bronx, New York
May  27, 2010

By: _____
Joseph A. Altman, Esq.
Attorney for Defendant
Victor Jose Osorio, et al
Joseph A. Altman, P.C.
951 Bruckner Blvd., 1st Floor
Bronx, New York  10459
(718) 328-0422

TO:    Lonstein Law Office P.C.
       Attorneys for Plaintiff
       1 Terrace Hill
       P.O. Box 351
       Ellenville, New York 12428

STATE OF NEW YORK, COUNTY OF BRONX                                    SS:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

| | |
|---|---|
| ___ certification | certify that the within |
| by Attorney | has been compared by me with the original and found to be a true and complete copy. |
| ___ Attorney's | state that I am |
| affirmation | the attorney(s) of record for                                        in the within |
| | action;   I have read the foregoing                                   and know the contents thereof; the same is true |
| | to my knowledge, except as to the matters therein |
| | alleged to be on information and belief; and as to those matters I believe it to be true. |
| | The reason this verification is made by me and not by |

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

DATED:                                                                  The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF BRONX                                    SS:

I, the undersigned, being duly sworn, depose and say:

| | |
|---|---|
| ___ individual | in the action; I have read the foregoing |
| verification | and know the contents thereof; the same is true to my own |
| | knowledge, except as to the matters therein stated to be alleged on information and belief, |
| | and as to those matters I believe it to be true. |
| _X_ corporation | the                                        of |
| verification | a                                          corporation and a party in the within action; I have |
| | read the foregoing   VERIFIED ANSWER   know the contents thereof; the same is true to my knowledge, except as to the matters |
| | therein stated to be alleged upon information and belief; and as to those matters I believe it to be true. This verification is made by me |
| | because the above party is a corporation and I am an officer thereof. |

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

JOSEPH ALTMAN
Notary Public, State of New York
No. 4805116

Sworn to before me on the 2 day of

Qualified in Bronx County   The name signed must be printed beneath
Term Expires July 31, 2012     VICTOR J OSORIO

STATE OF NEW YORK, COUNTY OF Bronx        SS:   ( if more than one box is checked - indicate after names type of service used)

I, the undersigned, being duly sworn, say:  I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counsellor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
 under the penalty of perjury that:

| | |
|---|---|
| On 5/25/10 | I served the within  VERIFIED ANSWER |
| _X_ service | by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and |
| by mail | custody of the U.S. Postal Service within the New York State addressed to |
| ___ Personal | by delivering a true copy of each personally to each person named below at the address indicated.  I know |
| service on | each person served to be the person mentioned and described in said papers as a party therein. |
| an individual | |
| ___ Service by | by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below |
| electronic | ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose, |
| means | and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody |
| | of the U.S. Postal Service within the New York State  to the address set forth after each name. |
| ___ Overnight | by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after |
| Delivery | each name below. |
| Service | |

Lonstein Law Office P.C.
Attorneys for Plaintiff
1 Terrace Hill
P.O. Box 351
Ellenville, New York 12428

Sworn to before me on
the      day of          2010                    the name signed must be printed beneath
                                                   Joseph A. Altman

Affirm on the
2 5 day of May 2010

Joseph A. Altman
Notary Public, State of New York
No. 4805116
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires July 31, 2010

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

J&J Sports Productions, Inc.

Plaintiff,

-against-                                Case No.: 10- civ - 2957

Victor Jose Osorio, et al,

Defendants.

-----------------------------------------------------------------

---

## VERIFIED ANSWER

Joseph A. Altman, P.C.
Attorney(s) for
Defendants
951 Bruckner Blvd., 1st Floor
Bronx, N.Y. 10459
**(718)** DA8-0422

---

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

---

PLEASE TAKE NOTICE:

| ☐ NOTICE OF ENTRY | ☐ NOTICE OF SETTLEMENT |
|---|---|
| that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on | that an order                         of which the within is a true copy              will be presented to the Hon.                one of the judges of the within named Court, at on                 at                M. |
| Dated: | Dated: |
| Yours, etc. | Yours, etc. |
| Attorney for | Attorney for |
| Joseph A. Altman, P.C. 951 Bruckner Blvd., 1st Floor Bronx, N.Y. 10459 | Joseph A. Altman, P.C. 951 Bruckner Blvd., 1st Floor Bronx, N.Y. 10459 |

---

### ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed  VERIFIED ANSWER   is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.